UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SEALED,<br>    Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>19-CV-479<br><br>**FILED *IN* CAMERA<br>AND UNDER SEAL** |
| v. | §<br>§<br>§<br>§<br>§<br>§ | **Pursuant to<br>31 USC §3730(b)(2)** |
| SEALED,<br>    Defendants. | §<br>§<br>§ | **Jury Trial Demanded** |

**DO NOT PLACE IN PRESS BOX
DO NOT ENTER ON PACER**

**ORDER**

Upon consideration of Plaintiff Relator's request that this matter be filed *in camera* and under seal pursuant to 31 U.S.C.§ 3730(b)(2), it is hereby **ORDERED** that Plaintiff relator's request is **GRANTED,** and that the matter shall be placed under seal pursuant to the provisions of § 3730(b)(2), and shall remain under seal until further order of the Court.


Dated: _____          _____
                                                                    United States District Judge