UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00479

**United States of America, State of Texas, and Tony Wahl, Relator,**
*Plaintiffs,*

v.

**Christus Trinity Mother Frances Health System et al.,**
*Defendants.*

### ORDER

All motions in the government's notice of election to decline intervention (Doc. 6) are **granted**, as modified here. Accordingly, it is **ordered** that:

1. Relator's complaint (Doc. 2) be unsealed and served upon defendant by relator;

2. Except for this order, Docs. 1 & 3, and the government's notice of election to decline intervention (Doc. 6), which relator will serve upon defendant only after service of relator's complaint, all other current contents of the court's file in this action (Docs. 4-5) remain under seal and not be made public or served upon defendant;

3. The seal be lifted as to all other matters occurring in this action after the date of this order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts, and the court may permit the United States intervene in this action, for good cause, at any time;

5. The parties shall serve any notices of appeal upon the United States;

6. All orders of this court shall be sent to the United States; and

7. Should relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

*So ordered by the court on August 7, 2020.*

J. CAMPBELL BARKER
United States District Judge