UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00479

**United States of America, State of Texas, and Tony Wahl, Relator,**
*Plaintiffs,*

v.

**Christus Trinity Mother Frances Health System et al.,**
*Defendants.*

### ORDER

On January 22, 2021, plaintiff Tony Wahl and the United States filed an agreed motion to dismiss this action without prejudice. Doc. 11. The State of Texas filed a consent to dismissal the next business day. Doc. 12.

The court finds the terms of dismissal proper. *See* Fed. R. Civ. P. 41(a)(2). There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court **grants** the motion. The above numbered case is **dismissed without prejudice**. Any pending motions are **denied as moot**. The clerk of court is **directed** to close the case

*So ordered by the court on January 26, 2021.*

J. CAMPBELL BARKER
United States District Judge